■ SARAH LA SCALA et al., Respondents, v. H. C. BOHACK CO., INC.. Appellant.— In an action by plaintiff wife to recover damages for personal injuries sustained when she was struck by some cans that fell from a shelf in defendant's store, and by her husband to recover damages for loss of services and medical expenses, defendant appeals from a judgment of the Supreme Court, Queens County, entered November 16, 1960, upon a verdict in favor of plaintiffs, after a jury trial. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ HAROLD LESSER, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— In a negligence action to recover damages for personal injuries sustained by plaintiff, defendant appeals from a judgment of the Supreme Court, Kings County, entered October 29, 1959, upon a decision by the court, after a nonjury trial, awarding plaintiff $35,000. At the time of the accident, plaintiff was engaged in his work of unloading a truck at defendant's freight station and loading platform, when a hi-lo vehicle, operated by defendant's employee, struck him, knocked him down and ran over his foot. Judgment modified on the facts by reducing the award to $25,000 and by reducing the total amount accordingly. As so modified, the judgment is affirmed, without costs. Findings of fact which may be inconsistent herewith are reversed, and new findings are made as indicated herein. In our opinion, under all the circumstances, the award of $35,000 made by the trial court is excessive. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MABEL H. MARTIN, Respondent, v. BEE LINE, INC., Appellant.— In a negligence action by a passenger of defendant's bus to recover damages for personal injuries sustained by her when she alighted from the bus and stepped onto an ice-covered sidewalk, the defendant appeals from an order of the Supreme Court, Nassau County, dated December 8, 1960, denying its motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ DAVID G. OSTERER, Appellant, v. MILTON R. COHEN, Respondent.— In an action to recover a balance allegedly due and owing on the purchase price of certain shares of stock sold by plaintiff to defendant, in which defendant asserted a counterclaim for reformation of the agreement of sale, plaintiff appeals from an order of the Supreme Court, Westchester County, dated November 16, 1960 and entered November 22, 1960, which, on reargument, denied his motion for leave to serve a supplemental complaint alleging new and additional causes of action as set forth in a proposed supplemental complaint. Order modified by striking out the provision adhering to the original decision and the provision denying the motion, and by substituting therefor a provision granting the motion upon payment of $20 costs by plaintiff to defendant. As so modified, the order is affirmed, without costs. The supplemental complaint shall be served within 20 days after entry of the order hereon. Although the Special Term correctly interpreted the rule which is ordinarily applied in situations similar to that presented here, it is our opinion that under the special circumstances of this case an exception should be made to enable the plaintiff to frame his pleading so as to present his entire claim for disposition. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.